IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                    Case No. 3:06cv70/RV/EMT

ESCAMBIA COUNTY, et al.,
    Defendants.
_____/

### REPORT AND RECOMMENDATION

This cause is before the court upon Defendant Escambia County's Motion to Dismiss (Doc. 22) and Plaintiffs' response thereto (Doc. 24).  Defendant Escambia County moves to dismiss Plaintiffs' claims against it (Doc. 22), and Plaintiffs do not oppose dismissal of their claims against Defendant Escambia County (Doc. 24).

Accordingly, it is respectfully **RECOMMENDED**:

That Defendant Escambia County's motion to dismiss be **GRANTED** and the claims against Defendant Escambia County be dismissed.

At Pensacola, Florida, this 19th day of October 2006.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**