IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                            Case No. 3:06cv70/RV/EMT

ESCAMBIA COUNTY, et al.,
    Defendants.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 19, 2006.  Plaintiffs have been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Defendant Escambia County's motion to dismiss is **GRANTED** and the claims against Defendant Escambia County are dismissed, without prejudice.


**DONE AND ORDERED** this 22nd day of November, 2006.


                /s/ _Roger Vinson_
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**