IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                          Case No.: 3:06cv70/RV/EMT

ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk.  Plaintiffs commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  An amended complaint was filed on June 9, 2006 (Doc. 13).  On September 8, 2006, Plaintiffs filed a "Motion for Joinder of Deputy Sheriff J. Tatum" (Doc. 21), which this court construed as a motion to amend the complaint (*see* Doc. 59).  However, Plaintiffs' motion to amend was deficient because Plaintiffs failed to file a proposed amended pleading in conjunction with their motion.  Therefore, on November 29, 2006, this court entered an order giving Plaintiffs twenty (20) days in which to refile their motion to amend, to separately file their proposed amended complaint, and to provide a service copy of the proposed amended complaint (Doc. 59).  Plaintiffs failed to respond to the order, therefore, on January 3, 2007, the court issued an order requiring Plaintiffs to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 77).  The time for compliance with the show cause order has now elapsed with no response from Plaintiffs.[1]

---

[1] Additionally, the court issued an order on December 14, 2006 directing Plaintiffs to respond within twenty (20) days to Defendant Escambia County's Motion for Sanctions (*see* Doc. 72) and an order on December 21, 2006 directing Plaintiffs to file a videotape with the court on or before January 10, 2007 (*see* Doc. 76).  Plaintiffs failed to file anything in response to either of the court's orders.  Indeed, Plaintiffs have filed nothing with this court since December 7, 2006.

Accordingly, it is respectfully **RECOMMENDED**:

1. That this case be **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

2. That all pending motions be **DENIED** as moot.

At Pensacola, Florida, this 26th day of January 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**