IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ORLANDO BETHEL, et al.,
    Plaintiffs,

vs.                                     Case No.: 3:06cv70/RV/EMT

ESCAMBIA COUNTY SHERIFF'S OFFICE, et al.,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 26, 2007. Plaintiffs have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to comply with an order of the court.

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 26th day of February, 2007.

                                    /s/ _Roger Vinson_
                                  **ROGER VINSON**
                                  **SENIOR UNITED STATES DISTRICT JUDGE**